IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME K. HOLMES, | : | CIVIL ACTION NO. 1:CV-00-1942 |
| Petitioner | : | |
| v. | : | |
| ROBERT SHANNON, | : | (Judge Rambo) |
| Respondent | : | |

**ORDER**

FILED
HARRISBURG, PA
NOV 3 0 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to serve a copy of the petition and this order by certified mail on the Attorney General of the Commonwealth of Pennsylvania and the District Attorney of Dauphin County.

2. Within 20 (twenty) days of the date of this order, Respondent shall answer the allegations in the petition for writ of habeas corpus. Consistent with Rule 5 of the Rules Governing § 2254 Cases in the United States Courts, the answer shall:

    (a) state whether the Petitioner has exhausted state remedies available under state law with respect to each claim presented, including any post-conviction remedies;

    (b) be accompanied by those portions of any transcripts the Respondent deems relevant to disposing of the claims raised in the petition;

(c)  indicate what other proceedings that might be relevant to the petition have been recorded but have not yet been transcribed;

(d)  be accompanied by copies of any of the Petitioner's briefs on appeal, either from the judgment of conviction or from an adverse decision in a post-conviction proceeding; copies of any opinions of the appellate courts in those proceedings; and any PCRA petitions.

3. Respondent shall file a memorandum of law with the answer. The memorandum shall set forth the relevant facts and procedural history of the case, a recommended disposition of the petition, and citations to pertinent case law.

4. Petitioner shall, if he so desires file a reply brief within 15 (fifteen) days of receipt of the Respondent's filings.

5. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondent's answer and memorandum of law, and, if any, the Petitioner's reply.

SYLVIA H. RAMBO
United States District Judge

Dated: November 30, 2000.
SR:lq

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 30, 2000

Re:  1:00-cv-01942     Holmes v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

Jerome K. Holmes
SCI-MAHANOY
DJ-3328
Mahanoy State Correctional Inst.
301 Morea Rd.
Frackville, PA   17931

cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5             ( )
Order to Show Cause             (✓) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( ✓)
                                        DA of County  (✓)   Respondents ( )

Bankruptcy Court                ( )
Other_____     ( )

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
EDWARD M. MARSICO

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total Postage & Fees $

Name (Please Print Clearly) (To be completed by mailer)
Edward M. Marsico
Street, Apt. No.; or PO Box No.
Front & Market Sts
City, State, ZIP+4
Harrisburg PA 17101
PS Form 3800, July 1999        See Reverse for Instructions

7099 3220 0004 3317 2554

MARY E. D'ANDREA, Clerk

DATE: 11/30/00                  BY: _____
                                    Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

### CLERK'S OFFICE
### HARRISBURG DIVISION

Mary D'Andrea, Clerk



TO: Lois Fuller (Lauri Quinn)

FROM: Mark

COMMENTS: Order to show cause. Not docketed. Original to be sent in today's mailer.

THIS FACSIMILE CONTAINS A TOTAL OF 3 PAGES INCLUDING THIS SHEET.

PLEASE CALL IF THIS FAX IS INCOMPLETE.
PHONE NUMBER: (717) 221-3920
FAX NUMBER: (717) 221-3959

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG, PENNSYLVANIA 17108