**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward M. Marsico
District Attorney
Front & Market Sts.
Harrisburg, PA
17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery: 12·4·00
C. Signature: X Snider Peter
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Copy from service label)
2993 2220 0004 3317 2554

Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

00-cv-1942 OSC

1-00-cv-1942

FILED
SCRANTON

DEC 28 2000

PER _____
DEPUTY CLERK