

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEROME K. HOLMES,** | : | CIVIL ACTION NO. 1:CV-00-1942 |
| Petitioner | : | |
| v. | : | |
| **ROBERT SHANNON,** | : | (Judge Rambo) |
| Respondent | : | |

**ORDER**

FILED
HARRISBURG, PA

JAN 0 3 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

AND NOW, **IT IS HEREBY ORDERED THAT:**

1. Respondent's motion to dismiss the petition for writ of habeas corpus (Doc. 7) and brief in support thereof (Doc. 6) are construed as the response to the petition.

2. The Clerk of Court is directed to make the appropriate correction to the docket.

SYLVIA H. RAMBO
United States District Judge

Dated: January 3, 2001.

SR:lq

```
                      UNITED STATES DISTRICT COURT
                               FOR THE
                      MIDDLE DISTRICT OF PENNSYLVANIA

                      * * MAILING CERTIFICATE OF CLERK * *

                              January 3, 2001


Re:   1:00-cv-01942     Holmes v. Shannon


True and correct copies of the attached were mailed by the clerk
to the following:


      Jerome K. Holmes
      SCI-MAHANOY
      DJ-3328
      Mahanoy State Correctional Inst.
      301 Morea Rd.
      Frackville, PA  17931

      James P. Barker, Esq.
      Dauphin County Courthouse
      Deputy District Attorney
      Front and Market Streets
      Harrisburg, PA  17101



cc:
Judge                        (X )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )   Pltf's Attorney (  )
Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                  to: US Atty Gen  (  )   PA Atty Gen (  )
                                      DA of County (  )   Respondents (  )
Bankruptcy Court             (  )
PRSLC Quinn                  (X )
                                              MARY E. D'ANDREA, Clerk
```

DATE: January 3rd, 2001                                          BY: _____
                                                                      Deputy Clerk