IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME K. HOLMES, | : | CIVIL ACTION NO. 1:CV-00-1942 |
| Petitioner | : | |
| v. | : | |
| ROBERT SHANNON, ET AL., | : | (Judge Rambo) |
| Respondents | : | |

FILED
HARRISBURG, PA
MAY 30 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

**NOW, THEREFORE, THIS** 30 **DAY OF MAY, 2001,** for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is dismissed.

2. The Clerk of Court is directed to close the case.

3. Based on the court's decision herein, there is no basis for the issuance of a certificate of appealability.

SYLVIA H. RAMBO
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 30, 2001

Re: 1:00-cv-01942   Holmes v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

Jerome K. Holmes
SCI-MAHANOY
DJ-3328
Mahanoy State Correctional Inst.
301 Morea Rd.
Frackville, PA  17931

James P. Barker, Esq.
Dauphin County Courthouse
Deputy District Attorney
Front and Market Streets
Harrisburg, PA  17101

cc:
Judge                          (X)            (X) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (X)
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen    ( )   PA Atty Gen  ( )
                                        DA of County   ( )   Respondents  ( )
Bankruptcy Court               ( )
Other_____   ( )

                                                        MARY E. D'ANDREA, Clerk

DATE: May 30th, 2001                                BY: _____
                                                        Deputy Clerk